JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.    2:25-CV-08309-PD                              Date: February 3, 2026

Title    *Kevin Cox v. May Enterprises, LLC, et al.*

---

Present:  The Honorable:  Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):    Order Dismissing Case Without Prejudice [Dkt. No. 21]**

In the Notice of Settlement filed on February 2, 2026, Dkt. No. 21, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before **March 4, 2026**. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until **March 4, 2026**. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the Scheduling Conference set for February 9, 2026, are vacated.

IT IS SO ORDERED.